# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00607-RJC-DSC

| | |
|---|---|
| NATIONAL DEFAULT SERVICING, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | **ORDER** ) ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Edward R. Scofield]" (document # 33) filed August 18, 2016. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 23, 2016

David S. Cayer
United States Magistrate Judge