# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00607-RJC-DSC

| | |
|---|---|
| NATIONAL DEFAULT SERVICING, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) **ORDER** |
| v. | )<br>) |
| BANK OF AMERICA N.A., | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Joint Motion to Stay Litigation Pending Alternative Dispute Resolution Proceedings" (document # 39) filed October 5, 2016. For the reasons set forth therein, the Motion will be granted.

**IT IS HEREBY ORDERED** that:

1. The "Joint Motion to Stay Litigation Pending Alternative Dispute Resolution Proceedings" (document # 39) is **GRANTED**.

2. This matter is **STAYED** pending arbitration.

3. The parties are ordered to file a status update on or before April 6, 2017, and every ninety days thereafter until the matter is resolved.

4. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: October 6, 2016

David S. Cayer
United States Magistrate Judge